## 944    CASES REPORTED WITH BRIEF SYLLABI.

In the Matter of Robert M. S. Putnam.— Referred to Hon. Henry A. Gildersleeve, official referee.  Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

George C. Van Tuyl, Jr., v. Samuel H. Kress and Another.— Motion denied, with ten dollars costs.  Opinion per curiam.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Sarah F. Clark, Respondent, v. Mason-Seaman Transportation Company and Another, Appellants.— Judgment and order reversed and new trial ordered, with costs to appellants to abide event, unless plaintiff stipulate to reduce verdict to $2,000; in which event judgment as so reduced, and order affirmed, without costs.  No opinion.  Order to be settled on notice.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

James Pollitz, as a Stockholder of the New York Central Railroad Company, on Behalf of Himself and All Other Stockholders Similarly Situated, Appellant, v. The New York Central Railroad Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrer on payment of costs.  Appeal from order denying motion for reargument dismissed.  No opinion.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Jacob B. Wolff, Respondent, v. Press Publishing Company, Appellant. — Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Therese Weil and Another, Respondents, v. Wilson H. Brown and Others, Appellants.— Judgment affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Maurice Deiches and Others, as Trustees in Bankruptcy of William J. Becker and James S. Meng, Individually and as Copartners, Trading as Henry Bischoff & Co., Bankrupts, Respondents, v. Dennis H. McBride, Appellant, and Another, Copartners, etc.— Judgment and order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Patrick Kaine, Respondent, v. Arthur McMullen Company, Appellant. — Judgment and order affirmed, with costs.  No opinion.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

The People of the State of New York, Respondent, v. Gene Beaumont, Appellant.— Judgment affirmed.  No opinion.  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.

Nellie Taylor Roessle, Respondent, v. Elwood Osborn Roessle and Another, Appellants. — Judgment affirmed, with costs, on opinion on former appeal (163 App. Div. 344).  Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Smith, JJ.